Good morning, ladies and gentlemen. The first case this morning is Simic v. City of Chicago. My name is Ilya Ocharovitch. I'm here representing the plaintiff or the appellate. If it pleases the court, I'd like to proceed. You may proceed. If you keep your voice up, we don't have really much. That doesn't really amplify much. The decision at issue today should be reversed. The reason the decision should be reversed is it creates a dangerous ground for the public. It leaves the city government unrestrained and not subject to the Eighth Amendment and able to avoid the consequences of its constitutional violations or otherwise to avoid accountability. It's not akin to our fundamental sense of ordered liberty and due process or a sense of justice. Can I ask you, since our panel's prior decision in this case, have there been any facts that have changed at all? Yes, there were some facts as to the class, not to the specific plaintiff. The facts that were were that after the decision, the city continued to enforce the statute and did about 800, I believe, in 800 enforcements. Little by little, it's dwindled down, but despite the facts saying it wouldn't occur, they continued and public record shows they continued to enforce the statute. How about any changes in law? Not that I'm aware of that would have affected our class other than to continue the conduct. Those are the only facts that I'm aware of. What's your client's injury here? My client's injury is the fact that she was forced and deprived of due process. They find her without a proper hearing, much like they suspend someone from a school without a proper hearing, and that was considered the damages. But the problem here is not so much necessarily my client's damages. It was the city's response to the action. And what I mean by that is once my client was damaged and complained to the federal court, the city non-suited and vacated the judgment and then claimed that because she didn't pay the fine, she has no injury and there is no standing. And that's where I earlier stated it leaves the city unrestrained, and it basically makes that there's no excessive fines clause. There's no responsibility to the city. But your client still needs to have an injury for the case to go forward. What is her injury here? As you noted, the case was ultimately non-suited. She didn't have to pay anything. She never paid anything in connection with it. What's her actual injury in the case? The injury that she suffered was that she was subject to a prosecution that was arbitrary and not statutory authorized. It was no different than an individual setting up their own courthouse and collecting fines without jurisdiction or authorization from the government. She was there. Once that procedural right to be free from excessive fines and to have those procedural due process hearings at a notice, I mean, to have a hearing at a meaningful time in a meaningful place, those rights were violated. None of that matters after the non-suit, though. Well, that's the problem is that the Supreme Court said that just because there's a non-suit involuntary cessation of the conduct, it's the burden is up for the city to show that this will never happen again. And it specifically said that the federal courts have the power, despite any mootness or injuries. How do you deal with Los Angeles versus Lyons? Los Angeles versus Lyons is a case where there the excessive force claim was individual to that one person, and it wasn't necessarily considered to occur again there. You couldn't say that the excessive force would happen again. He'd have to prove that it wouldn't happen again. And that was a different case here. Here, what we have is whatever our conduct is, the response was the complaint conduct, the challenge conduct of the city illegally enforcing and converting funds from the county and the state. And so when the city stopped doing that after being challenged, the voluntary cessation doctrine plays in. But it wasn't Simic's burden to show that she would never violate the traffic law again. It was the city's burden to show that if someone was to violate the law, we won't enforce it this way again. But doesn't that someone have to be your client? No. What we're saying is, whether it's my client or another client, the challenge conduct was enforcement of the law, not Simic's violation. But because your client is bringing it, and she's the plaintiff here, wouldn't it have to be harm or potential harm to your client in the future? At the point where the voluntary cessation doctrine kicks in, there's no question of injury or mootness. Because the reason that the courts and all the federal appellate courts in the United States Supreme Court have that doctrine is to prevent the government from being unrestrained or even a private party in continuing their conduct and escaping review. Because that's exactly what I opened up with and said to this court. So you're saying you don't think it has to be your client then who has the injury going forward? Or who has the threat? No, I think what ends up happening is when the doctrine says the plaintiff files suit and if the defendant ceases the challenge conduct, it's their burden to show that that conduct will not happen again. And that the courts aren't deprived of the jurisdiction to look at the legality of the practice. What conduct are we talking about? The conduct is the city was limited in enforcing, the city was given authority from the state to enforce certain state laws and ordinances. Subject to certain, what you would say, restrictions. One of those restrictions was you cannot administratively enforce traffic violations or moving violations that are under the state law. So what the city did was instead of sending those moving violations, like cell phone while driving, tickets, stop signs, and it's not just cell phone, there's more to it. They would send that to the 400 Superior Courthouse, which is their administrative courthouse. And that was prohibited. They then increased the fines from an excess of what the state law provided. The maximum fine for your fourth offense or every thereafter was $150. The city went from $100 to $500. By doing this, they did not transfer over the cases to the circuit clerk who would then report repeat offenders to the Secretary of State. That made the roads more dangerous. It also put, in a sense, insurers and people who insure the public at a risk because they're insuring people not knowing their actual traffic history. On top of that, the county clerk was supposed to collect the fines that are assessed and distribute them to the county and state funds, the trauma fund, the highway safety fund, other things like that, which also have a nexus with federal match grant funds because some of the county and the state puts money into a budget and the federal government matches that money. But if the money is diverted to the city by not following the rules and illegally enforcing, the entire public suffers. And that's what I opened up with. Whether the injury is there, what they did was vacate, non-suit, and come to the court and say it's moot so that they can keep escaping and doing this. And what will happen if this decision isn't reversed is that they will enforce these laws again, convert the money that's really needed or divert the money that's really needed by the state and the citizens, and then rely to this very decision and say no injury because we vacated and non-suited or we returned the money that we took. And at that point, the government is entirely unrestrained. It sounds like you're claiming an injury on behalf of the public, though, not on behalf of your client. My client was injured. She was fine. She suffered an injury. They had a hearing. But that's been dismissed or non-suited. But that's the whole problem is the voluntary cessation doctrine says that when that occurs, the burden is on the city to show it will never happen again. That's why that doctrine exists because without that doctrine, the city and any other person who wanted to continue this conduct could just keep doing it, vacate, non-suit, and cite to this case. And is your argument that the voluntary cessation doctrine requires the city to prove that it will never happen to your client again or that it will never happen to anybody again? Well, given that my client filed a class action and requested a class certification, I would say it has to prove both, not only that it won't happen again. But under the law, what is it in order for your client to proceed with this case? What's your position? Our position is that the law simply says they have to prove that this conduct, that the complaint of conduct will not occur again. As to your client? The complaint of conduct. So as to anybody. Obviously, whatever the complaint of conduct be, the Supreme Court and all the circuits said, not just as, they just limit it to the complaint conduct. As to how it relates to a plaintiff or any party, I don't know. But they said that the burden is to show that the complaint conduct would not occur again. So the conduct here was the illegal enforcement, the violation of due process, the violation of the Eighth Amendment. And again, one major difference also is in the 400 Superior, the rules of evidence aren't the same. They do the entire proceeding there without the officer being present. Whereas in the circuit court, you have the right to cross-examine the officer and there are certain procedures that are there. So again, if this decision, it should be reversed because this decision violates our fundamental sense of ordered liberty and justice. Basically, you can't have standing because you didn't pay the fine. Well, that means no poor person will ever have the ability to access the court and challenge it. If the city is allowed to vacate non-suit and rely on this case, what's to stop them from doing this over and over again, especially when they're in a debt spiral? And with that, your honors, my time is up. And if I can, I'd like to sit down now. Thank you. Thank you, counsel. Good morning, your honors, and may it please the court. Irina Dmitrieva on behalf of the city. In the prior opinion, this court unequivocally ruled it is apparent that Simich lacks standing to assert her federal claims, meaning that subject matter jurisdiction is lacking. Specifically, in affirming denial of her motion for a preliminary injunction, this court ruled that she does not have standing to seek injunctive relief because her claim of future injury depends on a series of conjectures that she cannot demonstrate a case of controversy for Article III purposes for her claim for declaratory relief. This court also stated that Simich seems unable to show any injury in fact to support her claim for damages and that she may not seek injunctive relief, damages, or declaratory relief on behalf of a not yet certified class. This fine was set up through an ordinance, is that right? Yes. Is that ordinance still in effect? Yes. Why? Because it's a facially vetted ordinance. I'm sorry? It's a facially vetted ordinance. Indeed, this ordinance was in existence long before the similar state statute was enacted. And the state legislature actually patented the state law after the ordinances that Chicago had forbidden the use of mobile phones while driving, Evanston had, and a number of other municipalities. And the city of Chicago is the home rule authority. It does not derive its authority to enact or administer such traffic ordinances from the state legislature. The authority comes from the Illinois Constitution. So there are a number of ordinances, obviously, as a home rule authority, Chicago enacts that do not require explicit statutory law to be passed by the General Assembly. So does the city intend to enforce this ordinance in the future? I'm not prepared to say right now, actually. I don't have information whether or not the city enforces it right now, but it is in effect. It has not been declared invalid by any court, either state or federal. It is a valid, facially vetted Chicago ordinance. And indeed, this image does not challenge the illegality of the underlying conduct. She would have been fined for using her cell phone while driving, either under the state law or Chicago ordinance. And there was absolute probable cause to issue her a ticket for what she did. Her complaint is that she was fined more than the state law allowed, but it's an issue entirely of state law. And there is an argument that the city pursued below that the city of Chicago could do it as a home rule authority. And no court or other authority has ruled otherwise yet. And so the rulings that the panel did in the prior appeal, they constitute the law of the case. At the time that the plaintiff filed this lawsuit, she did have a default judgment against her for $500. Wouldn't that give her standing on the damages aspect at the time the suit was filed, not on the injunctive relief? I understand the question. The chronology of the ones was as such. So Ms. Simic's counsel inaccurately stated that she was at the hearing. Ms. Simic ignored. She didn't pay the fine. She didn't show up at the hearing scheduled for December 29, 2014. Right, and she got a default judgment. So the default judgment was entered on December 29, 2014. On the Chicago ordinances, that default judgment cannot be enforced by the city until 35 days expire within which the plaintiff could seek a judicial review. Four days later, she filed federal class action, federal putative class action. And within days, she moved the administrative law judge to vacate that default. So it wasn't actually the city who moved to vacate the default judgment. It was Ms. Simic herself. So within that period of time, when that judgment never became final or enforceable, the city could do nothing about it. So you're saying she didn't have… She was not under a legally enforceable obligation to pay it. And that would take away the damages aspect because it wasn't legally enforceable at that time? It was not legally enforceable. It was not a debt that she owed. The city could do nothing about it. She did not suffer any injury, in fact, that she could demonstrate. Again, back in the district court, the city filed a motion to dismiss, raising the issues of federal subject matter jurisdiction. At that point, Ms. Simic had full opportunity to come forward with anything she wanted, any new allegations, any new facts, to demonstrate her injury in monetary terms, her standing to seek monetary relief. And she did not. She did not request a hearing on this issue. She did not file any affidavit. She did not allege any new facts. Indeed, she completely ignored this court's ruling stating that she apparently lacks article 3 standing to assert monetary claim for relief. So it was your view then that nothing really has changed? Nothing has changed. Exactly. Between this court's prior ruling in 2017, finding that she has no standing, and now Ms. Simic was accorded full opportunity to come forward with new allegations, she did not. Nothing has changed. And so she does not provide any good reason, let alone compelling reason, to depart from this court's prior ruling. So in front of Judge Coleman, there was nothing new that was presented at all? There was nothing new. So are the arguments that are being made on appeal, in your view, the same arguments that were made before the prior panel of this court? Yes. Now, even were this court to re-examine the prior panel's ruling, there are no good reasons to depart from the holding. Claims for prospective equitable relief require showing a real and immediate threat of future injury to the same plaintiff, not to any other hypothetical person. This claim, again, rests on a series of conjectures, including future violation of a valid state law, which she does not challenge. There is no standing for monetary relief because she did not pay any money to the city ever. I mean, she didn't even pay the cost that this court ordered her to pay after the last appeal. She was never under a legally enforceable obligation to pay the default judgment that she complains about that she herself moved to vacate, and that administrative law judge did vacate in her favor. And she is no longer liable for any fine. So she does not have any actual stake in the outcome of her claims. She argues that some litigation expenses in the district court constitute an injury, but I reviewed the federal case law, the circuit courts that address the issue whole squarely, that litigation-related expenses are not injuries for purposes of assessing the presence of Article III standing. And she was accorded all the procedural due process that was due. She was given a notice and an opportunity to come and defend herself against the fine in the administrative law offices, which she ignored. She did not show up. And with respect to class certification, again, this panel, the court ruled before that CMH has no Article III standing to assert injunctive, declaratory, or monetary relief claims on behalf of a not yet certified class, and the district court did not abuse its discretion in holding so on remand. So unless your owners have other questions, we would ask that this come from the judgment of the district court in its entirety. Thank you, counsel. Thank you. How much time? Five minutes. Thank you. Thanks to both counsel. The case is taken under advisement.